KINSMAN v. CHINA MUT. INS. CO.

*(District Court, D. Massachusetts. December 7, 1891.*

MARINE INSURANCE—INSURABLE INTEREST—TOTAL LOSS.

Where it appeared that libelant had an insurable interest in a vessel by reason of advances exceeding the amount of the policy sued on, and that the vessel had sustained damage from perils of the sea, and could not be made seaworthy except at an expense exceeding her value when repaired, thus constituting a total loss, within the meaning of the policy, *held,* that libelant was entitled to recover against the insurance company the amount of the policy.

In Admiralty. Libel to recover on policy of marine insurance.
*Eugene P. Carver,* for libelant.
*John D. Bryant,* for respondent.

NELSON, District Judge. The libelant, as managing owner, had, at the date of the policy of insurance, an insurable interest in the barque Eliza White, by reason of his advances made on account of the vessel. The protest of the master and mate and the surveyor's certificates are competent evidence in the case, and, with the testimony of Darling, are sufficient to prove that the injury suffered by the Eliza White from perils of the sea, previous to her arrival at Nassau, a port of distress, were so great that she could not be repaired so as to make her a seaworthy vessel, except at an expense exceeding her value when repaired, and this constituted a case of actual total loss, within the meaning of the policy of insurance. The testimony of the libelant is sufficient to prove that his advances exceeded $1,000, the amount insured by the policy, and that the defendant had notice of the loss in September, 1883, and waived all further proof of the loss. Decree for the libelant for $1,000, and interest from December 1, 1883, and costs.